# Exhibit G

| Debtor | Prime Capital Ventures, LLC | Case number *(if known)* | 24-10531-1 |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Paul A. Levine, as Receiver of Prime Capital Ventures LLC v. Kris Daniel Roglieri<br>24-90010 | Adversary Proceeding objecting to discharge in bankruptcy | U.S. Bankruptcy Court, NDNY James T. Foley U.S. Courthouse<br>445 Broadway, Suite 330<br>Albany, NY 12207 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | 1800 Park Avenue LLC v. Prime Capital Ventures, LLC, et al<br>24-90008 | Adversary Proceeding objecting to dischargeability in bankruptcy and recovery of fund | U.S. Bankruptcy Court, NDNY James T. Foley Courthouse<br>445 Broadway, Suite 330<br>Albany, NY 12207 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Robert Sturm v. Prime Capital Ventures, LLC<br>23-cv-01033 | Breach of Contract | U.S. District Court, NDNY James T. Foley Courthouse<br>445 Broadway, Suite 509<br>Albany, NY 12207 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC<br>23-cv-01588 | Breach of Contract | U.S. District Court, NDNY James T. Foley Courthouse<br>445 Broadway, Suite 509<br>Albany, NY 12207 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al<br>24-cv-00055 | Fraud | U.S. District Court, NDNY James T. Foley Courthouse<br>445 Broadway, Suite 509<br>Albany, NY 12207 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.6. | Paul A. Levine, as Receiver of Prime Capital Ventures, LLC v. Kris D. Roglieri, Tina M. Roglieri, Kimberly A. Humphrey a/k/a Kimmy Humphrey, Prime Commercial Lending LLC, Commercial Capital Training Group, The Finance Marketing Group, National Alliance of Commercial Loan Brokers LLC and FUPME LLC<br>24-cv-00055 | Third Party Complaint for fraud and recovery of property | U.S. District Court, NDNY 100 S. Clinton Street<br>Syracuse, NY 13261 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Prime Capital Ventures, LLC v. Reign Financial International, Inc., Georgia Johnson, Gary Mills and Martin Karo<br>23-cv-00207 | Breach of Contract | U.S. District Court, NDNY James T. Foley Courthouse<br>445 Broadway, Suite 509<br>Albany, NY 12207 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Prime Capital Ventures, LLC | | Case number *(if known)* | 24-10531-1 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | B and R Aquisition Parnters LLC and JHM Lending Ventures LLC v. Prime Capital Ventures LLC<br>900844-24 | Breach of Contract | Commonwealth of Virginia<br>1111 East Broad Street<br>Richmond, VA 23219 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | Truss Financial LLC v. Prime Capital Ventures, LLC<br>510389/2023 | Breach of Contract | NYS Supreme Court, Kings County<br>360 Adams Street, #4<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | ER Tennessee LLC v. Prime Capital Ventures, LLC and Berone Capital LLC<br>650231/2024 | Breach of Contract | NYS Supreme Court, County of New York<br>60 Centre Street<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Caruso Home Builders, LLC and Sage Estates Malta, LLC v. Prime Capital Ventures, LLC<br>EF2024312 | Breach of Contract | NYS Supreme Court, Saratoga County<br>30 McMaster Street #1<br>Ballston Spa, NY 12020 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Onward Holding, LLC v. Prime Capital Ventures, LLC and Kris Roglieri<br>23-cv-00833 | Breach of Contract | U.S. District Court, Central District UT<br>351 S W Temple Street<br>Salt Lake City, UT 84101 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | Camshaft CRE 1, LLC v. Prime Capital Ventures, LLC<br>2023-023173-CA-01 | Breach of Contract | Eleventh Judicial Circuit of Florida<br>73 West Flagler Street<br>Miami, FL 33130 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | 526 Murfreesboro, LLC v. Prime Capital Ventures, LLC<br>2023-cv-01239 | Breach of Contract | USDC, Middle District of Tennessee<br>Fred D. Thompson U.S. Courthouse<br>719 Church Street<br>Nashville, TN 37203 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | The Lion Group DFW, LLC v. Prime Capital Ventures, LLC<br>23DCV341617 | Breach of Contract | 146th District Court in Bell County, TX<br>Bell County Justic Center<br>1201 Huey Road<br>Belton, TX 76513 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.