# EXHIBIT F

**From:** Everman, Patrick <peverman@balch.com>
**Sent:** Monday, February 12, 2024 6:37 PM
**To:** Paul Levine <plevine@lemerygreisler.com>
**Cc:** Peter Damin <pdamin@lemerygreisler.com>; Robert Lippman <rlippman@lemerygreisler.com>; rburstein@woh.com; Barbour, Scott <SBarbour@woh.com>; McDade, Matthew <mmcdade@balch.com>
**Subject:** RE: B&R Arbitration award against Prime and petition to confirm award

Paul –

Please find attached Judgment in favor of B and R Acquisition Partners, LLC & JHM Lending Ventures, LLC against Prime Capital Ventures, LLC that was signed and entered by the Albany County Clerk today. Please accept this as our 15-day notice of intent to enroll/domesticate in Virginia.

Notwithstanding the above, we are aware of your pending TRO Motion to Stay Litigation. In light of that motion, we would request a call to discuss. Please let us know your availability for tomorrow. Thanks.

MPE