UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL A. LEVINE, as the permanent receiver of Prime Capital Ventures, LLC, CHRISTIAN H. DRIBUSCH, as the Chapter 7 trustee of Kris Daniel Roglieri, and COMPASS-CHARLOTTE 1031, LLC,<br><br>                         Appellants,<br>v.<br><br>B AND R ACQUISITION PARTNERS, LLC and JHM LENDING VENTURES, LLC,<br><br>                         Appellees. | Civil Case No. 24-cv-00939-MAD |

**SUPPLEMENTAL DECLARATION
OF PAUL A. LEVINE IN SUPPORT OF APPELLANTS'
JOINT REPLY IN SUPPORT OF JOINT MOTION FOR STAY PENDING APPEAL**

      Paul A. Levine, an attorney at law duly admitted to practice before the Courts of the State of New York affirms under penalty of perjury as follows:

      1.      I am an attorney at law duly admitted to practice law in the State of New York and before the bar of this Court.

      2.      This supplemental declaration is based on my personal knowledge and the facts and circumstances set forth below.

      3.      I respectfully submit this supplemental declaration in support of the Appellants' Joint Reply in Further Support of Joint Motion for Stay Pending Appeal,[1] filed contemporaneously herewith by the Receiver, the Trustee and Compass.

      4.      Attached hereto as ***Exhibit A*** is a rue and accurate copy of Debtor's Bankruptcy Schedules.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Appellants' Joint Reply in Further Support of Joint Motion for Stay Pending Appeal.

5. Attached hereto as ***Exhibit B*** is a true and accurate copy of the Prime Capital Ventures, LLC Operating Agreement dated January 6, 2022.

6. On or about August 5, 2024, I performed basic research on the website www.zillow.com regarding the general property values of houses in the Virginia Beach area. From that research, the average home value in the Virginia Beach real estate market is up 5.4% over the past year. A screenshot of this data is attached hereto as ***Exhibit C***.

7. On or about August 5, 2024, I performed basic research on the website www.zillow.com regarding the estimated value of the Virginia Beach, VA real property owned by the Debtor with an address of 600 Linkhorn Drive, Virginia Beach, Virginia 23451 (the "Virginia Beach House"). According to the research, the Virginia Beach House is worth as much as $4,122,300. A screenshot of this data is attached hereto as ***Exhibit D***. The Virginia Beach House was purchased by Prime Capital Ventures, LLC in January 2023 for $3,750,000.

Dated: August 5, 2024

                                                      Respectfully submitted,

                                                      */s/     Paul A. Levine*
                                                    Paul A. Levine, Esq., Permanent Receiver
                                                    of Prime Capital Ventures, LLC