# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



### ORDER DISMISSING APPEAL

In re: Prime Capital Ventures, LLC

Paul A. Levine, et al.

v.

B and R Acquisition Partners LLC, et al.

CaseNYND 1:24-cr-939 MAD
No.  (24-10531 Bankruptcy Case Number)

Upon the Certification of the Clerk of the Bankruptcy Court, which Certification is attached hereto, that the Appellant(s) has failed to file with said Clerk a designation of the items to be included in the record on appeal and a statement of the issues to be presented, all in accordance with Federal Rule of Bankruptcy Procedure §8009, and the time for filing said designation and statement having expired. Therefore, it is

**ORDERED**, that the within appeal be and hereby is dismissed unless the Appellant within 30 days of the date of this Order fully complies with Federal Rules of Bankruptcy Procedure §8009 which requires Appellant to file with the U.S. Bankruptcy Court Clerk and serve a copy on the appellee a designation of the items/documents to be included in the record on appeal and a statement of the issues to be presented.

Dated:  September 26, 2024
Albany, New York

Mae A. D'Agostino
U.S. District Judge