*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

## AMENDED JUDGMENT

**PAUL A. LEVINE, ESQ.** *as Permanent Receiver*
*for Debtor Prime Capital Ventures, LLC*, **PRIME CAPITAL VENTURES, LLC, COMPASS-CHARLOTTE, 1031, LLC, and CHRISTIAN H. DRIBUSCH, ESQ.,**
*as Chapter 7 Trustee in the Matter of Kris Daniel Roglieri*,

               Appellants,

   vs.                   1:24-CV-939
                          (MAD)

**B AND R ACQUISITION PARTNERS, LLC and JHM LENDING VENTURES, LLC,**

               Appellees.

___

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the appeal (Dkt. No. 1) is **DISMISSED**; and the Court further **ORDERS** that the bankruptcy court Order is **AFFIRMED in part and VACATED in part**; and the Court further **ORDERS** that the Clerk of the Court shall remand this case to the bankruptcy court; and the Court further **ORDERS** that the bankruptcy court shall dismiss the bankruptcy court action for the reasons sets forth herein, all of the above pursuant to the Memorandum-Decision and Order issued by the Honorable Judge Mae A. D'Agostino, dated the 20th day of August, 2025 and the Amended Memorandum-Decision and Order issued by the Honorable Judge Mae A. D'Agostino, dated September 3, 2025..

DATED: September 3, 2025

                  *[signature]*
                  Clerk of Court

                  s/ Britney Norton_____

                  Britney Norton, Deputy Clerk